

Robert Judd <robert.judd@heartit.com>

## (PROOF) Online Image Sharing - Can your PACS do this?

**AuntMinnie** <letters@auntminnie.com>            Mon, Oct 13, 2008 at 1:36 PM
Reply-To: do-not-reply@auntminnie.com
To: robert.judd@heartit.com

If you have trouble reading this e-mail, please click here.



ADVERTISEMENT

---

### TOP 5 PACS MYTHS

*Everybody knows* web pages can't:

1. Display *diagnostic-quality images.*
2. Provide *workstation-like image analysis tools.*
3. Allow *image sharing with distant colleagues.*
4. Display medical images with *no client software to install first.*
5. Provide all of the above *for free!*

Well then, how do you explain this:

## www.webpax.com

© 2008 Heart Imaging Technologies, LLC

---

To unsubscribe from AuntMinnie e-mail broadcasts:
• Click here to go to the E-mail Options page.
• Uncheck the *Breaking News* option.

If you don't remember your MemberID or password:
• Click here to go to the *password request* page.
• Enter your MemberID (if known) or your e-mail address.

If you need additional help:
• Please e-mail us at support@auntminnie.com or call (520) 751-6829.
• Do not reply to this e-mail as it was sent from an unmonitored account.

AuntMinnie.com, 1350 North Kolb Road, Suite 215, Tucson, AZ 85715 USA - (520) 751-6829

EXHIBIT E

Case 1:12-cv-01020-JAB-LPA    Document 1-5    Filed 09/12/12    Page 1 of 2


ADVERTISEMENT      ADVERTISEMENT

Case 1:12-cv-01020-JAB-LPA    Document 1-5    Filed 09/12/12    Page 2 of 2