

EXHIBIT F

