# Visits to www.webpax.com, Oct 1, 2008 through Sep 30, 2011

