# Cedara
## WebAccess™




DICOM and Non-DICOM Imaging



Multi-site Information Sharing




2009-00486 V.3.0



### Sharing Patient Information is an Ever-Present Challenge

Typically, patient information is distributed across multiple viewing stations by multiple vendors, often creating disparate views of patient images and related information. The lack of a consolidated, unified viewing environment can lead to inefficiencies in patient care which can further burden the health care system with redundant testing and incomplete or missing information. The introduction of the ARRA, the HITECH Act, and the Stark "Safe Harbor" policy means healthcare organizations have new incentives to invest in solutions designed to improve the quality of patient care while reducing inefficiencies and overhead costs.



### Cedara WebAccess Promotes Meaningful Use of Your EMR

*Cedara WebAccess* is a simple, cost-effective solution that provides a longitudinal view of patient records by consolidating medical images and associated information from multiple PACS. Using a standards-based approach, *Cedara WebAccess* seamlessly integrates with your EMR solution to provide Referring Physicians and other healthcare specialists access to patient records from a single workstation. By utilizing a standards-based approach to integration, EMR vendors enjoy a hands off approach when it comes to the technical intricacies of DICOM/XDS standards.

### Key Functionalities

- Zero-download application that runs entirely within a browser.
- Quick access to historical information from one viewer.
- Mobile device access using *Cedara WebAccess* for RIM® Blackberry® Bold™ Smartphone and Apple® iPhone™.
- Low bandwidth usage and optimized loading performance using Merge OEM's image rendering technology.
- Service-oriented architecture for scalability that is vital for enterprise networks and multi-site systems.
- Re-brandable user interface to match your marketing needs.
- Multilingual user interface technology available.

*Cedara WebAccess integrates the unique touch-screen technology of the iPhone and trackball technology of the BlackBerry Smartphone .*





EXHIBIT I

Case 1:12-cv-01020-JAB-LPA Document 1-9 Filed 09/12/12 Page 1 of 2

# Cedara
## WebAccess™



### Review Made Easy With an Intuitive Suite of Tools

*Cedara WebAccess* comes with simple yet essential image review tools like Zoom, Pan, Rotate and Flip; as well as measurement and annotation tools for ROI quantification and analysis. Improve image quality by easily adjusting brightness/contrast when reviewing or presenting images to patients. Internationalization and re-branding features ensure a smooth, familiar experience to users.



*Compact and intuitive solution that works independently on desktops, laptops and mobile devices.*



*Display reports in Report View, Print View or in a compact, scrollable panel with corresponding images.*

### Security, Privacy and HIPAA Compliance

Employing a zero download client solution means images are not transferred/cached to client devices. In addition, *Cedara WebAccess* includes a highly configurable user management module that provides user account control for multi-user, multi-site environments. Multiple user profiles ensure flexibility while protecting patient privacy. HIPAA auditing and encryption of data via SSL are standard with any *Cedara WebAccess* installation.

### Zero Client Technology Conserves Resources While Increasing Productivity

*Cedara WebAccess* is a Web-based thin client that is easy to install, simple to use and requires low maintenance.

- Minimize IT deployment and maintenance costs, i.e., reduced hardware and support requirements.
- Eliminate hallway or multiple workstations for viewing images.
- Keep overall hardware costs low through server-side processing.
- Reduce bandwidth usage with server-side rendering technology.
- Minimize risk to security by centralizing data and processing tasks.

*Cedara WebAccess is a trademark of Merge Healthcare. Other products mentioned in this document may be the trademarks or registered trademarks of their respective companies. Specific features of this solution may change without prior notice.*

Call us at 800-724-5970 or 905-672-2100 or visit us at www.merge.com/oem