NEAL ▪ GERBER ▪ EISENBERG

Thomas E. Williams
Attorney at Law

Tel 312.269.5355
Fax 312.750.6409
twilliams@ngelaw.com

January 3, 2011

**VIA CERTIFIED MAIL**

Ms. Ann Mayberry-French
General Counsel
Merge Healthcare, Inc.
900 Walnut Ridge Drive
Hartland, WI 53029

    Re:    **Heart Imaging Technologies, LLC - Intellectual Property on Web-Based Method for Managing Medical Information**
            **Our Ref. No. 017575.0803**

Dear Ms. Mayberry-French:

    We represent Heart Imaging Technologies, LLC ("HeartIT") of Durham, North Carolina, in connection with certain intellectual property matters. Our client is the owner of a portfolio of patents relating to systems and methods of managing medical information using an Internet web browser, including U.S. Patent 6,934,698 (the "'698 patent"), 7,457,656 (the "'656 patent"), and 7,668,835 (the "'835 patent"). It also owns numerous pending patent applications in the United States and foreign countries. Enclosed for your review are copies of the '698, '656, and '835 patents.

    In 2006, we contacted Mr. Richard Linden, the President and CEO of the predecessor Merge Technologies, Inc., regarding our client's concern that Merge's Enterprise Web product incorporated features similar to that claimed in the '698 patent or to HeartIT's then pending patent applications (see attached May 1, 2006 letter). Merge's outside counsel at the time, Mr. David G. Luettgen, responded by saying that Merge's Enterprise Web product provided images to users in a "non-web compatible digital format" (see attached August 3, 2006 letter). Based on Mr. Luettgen's response, HeartIT took no further action.

    Recently, however, our client has learned that Merge Healthcare is offering for sale a new system that enables users to view digital medical images in an Internet web browser without requiring the installation of specialized image viewing software on the client machine. More specifically, Merge Healthcare's Cedara WebAccess system enables users to view medical images through a "zero-download application that runs entirely within a browser." As you will appreciate from the enclosures, the '698, '656, and '835 patents cover various aspects of such a system. In addition, our client's pending patents cover other aspects of this technology.



We would like to reach an amicable resolution of this matter, if possible. Please contact the undersigned within the next two (2) weeks.

I look forward to hearing from you.

Sincerely,

Thomas E. Williams

Enclosures

NGEDOCS: 1752137.2