

## Merge iConnect™ Access

Many healthcare organizations have large physician referral networks that are supported by thousands of image review displays. Unfortunately, most of these devices require a software download in order to be able to display images from their PACS. Although the software download may be small, a large network of deployed software represents significant costs in support and maintenance.

As a component of the iConnect suite, Merge iConnect Access, formerly Web Access, is a zero-download DICOM and XDS viewer that provides image review for referring physicians from any device. Using iConnect Access, users are able to view any DICOM image, without requiring software to be downloaded to their PCs, laptops and other devices. An iConnect Access link can be easily embedded within an EHR or HIS to enable providers to gain immediate access to images, creating an environment where images are available on demand.

iConnect Access enables providers and referring physicians to view images wherever and whenever needed, which means organizations can expand the referral network, enhance reimbursement, decrease cost, shorten time to treatment and improve patient care.



Copyright © 2011 Merge Healthcare. All Rights Reserved.



EXHIBIT K