1        VISIT TO MERGE HEALTHCARE HEADQUARTERS
2
                                  ORIGINAL
3

4    (0:00-3:16-Interview with CEO Jeff Surges)

5    (3:17)       MR. VERSEL: This is Gilbert Gagne of Merge
6    Healthcare demonstrating on the iPad the Mobile iConnect
7    System.

8    (3:27)       MR. GAGNE: So user can now just go to a
9    URL on the iPad, no need to download any special apps.  You
10   can see here I'm just hitting one of our internal demo
11   sites - presented with a log-in screen.  The solution can
12   also be embedded with an EMR System's so that you can just
13   click a link and the image would pop up.

14   (3:40)       MR. VERSEL: So this is for remote access to
15   Cloud based imaging?

16   (3:55)       MR. GAGNE: Yes, this is typically targeted
17   towards referring physicians.  So it makes it really easy
18   to get images from say - the Imaging Center to the
19   referring physicians or from the hospital back out to the
20   referring physicians again, without the need to download or
21   install any software whatsoever.

22   (4:05)       So here I'm going to log-in using my
23   credentials and it's going to take me to my search page so
24                I've got a very basic search where I can
25   search for a last name and also, hit the plus sign here and

1  gather all these different fields as well.
2  (4:20)    So I'm just going to do a very basic last
3  name search for Rapp.  Here you can see the patient list
4  shows up.
5          So, if we had more than one patient match
6  this criteria, I would see that here, select the patients
7  and up comes the study list.  So these are all the studies
8  from this particular patient.
9  (4:35)    I can use two fingers to scroll through the
10 list.  I'm going to select the study from January and in a
11 minute here - in a second here, you'll actually see the
12 images start loading.
13         So again, the key here is that it's all
14 browser based, no extra apps, no special software to
15 install it or download.  So you can see the images starting
16 to render and we've taken advantage of some of the Apple
17 functionality to make it easier for the physicians to
18 manipulate the image.
19 (4:50)    So for instance, with one finger, I can
20 change the contrast and gray-scale or the window level on
21 the image.
22 (5:05)    With two fingers, I can pan the image, using
23 the pinch motion allows me to zoom the image and if I want
24 to see a nice large image, I simply just double tap it and
25 it takes me to a full screen and I have all the same

1  controls here as well.
2  (5:20)      If I put my show menus on, I have access to
3  the thumbnails as well as all the featured tool sets that
4  are available on the iPad. So we can do window levels, we
5  can zoom, we can magnify, we can flip and rotate the image.
6  We can do measurements. We can even do Cine - place Cine
7  Clips on the iPad as well.
8  (5:35)      So I can now hide the menus - hide the menus.
9  Double tap takes me back to my original screen and now
10 let's say I want to see a prior image for this particular
11 patient.
12         So, I put the show menus on and on the side
13 here we have this patient's history fly-out, so this is
14 going to fly out all my priors and if I want to load one, I
15 simply just double tap that and you'll see the second study
16 opens up right next to it, so I have full access to two
17 studies. I have side by side comparisons. I can open up
18 the three studies simultaneously.
19 (6:05)      At any point, I'm done with the second
20 study and I can simply just hit the close button and I'm
21 taken back to my original -
22 (6:10)      MR. VERSEL: Now, you said this is all done
23 through a browser, you said there's no software, no app to
24 install?
25         MR. GAGNE: No. As you can see on the iPad

1  it obviously doesn't require any Flash, but no Active X, no
2  Java requirements, it's all done through what
3  (6:20) we call server side rendering.
4              So basically, everything takes place on the
5  server and then we render either a JPEG or a PNG file,
6  either in lossy or lossless, depending on the user's
7  preference, back out to the user.
8              So the other benefit with this is that it
9  works really well on the low bandwidth situations since
10 (6:35) we're not transferring DICOM across the internet,
11 we're really working with just small image files, but it
12 still is FDA approved. It has a 510K approval as a
13 diagnostic quality image.
14 (6:46)          MR. VERSEL: For the most part, this is
15 used for reference rather than –
16 (6:50)          MR. GAGNE: Yeah, radiologists may use this
17 if he's not at his office, or at home, he's out to dinner,
18 out on the golf course, whatever it may be and he may need
19 to see an image, it makes it very easy to either pop open
20 his iPad, his iPhone or if he's at a friend's house for
21 dinner and gets a phone call because there's nothing to
22 install, nothing to download, he can use that computer.
23 (7:09).
24              (CONCLUSION.)
25

1      R E P O R T E R ' S   C E R T I F I C A T E
2
3
4      I, Scott A. Huseby, Court Reporter,
5      do hereby certify that this transcript
6      is a true and accurate record of the
7      electronically recorded proceedings,
8      transcribed under my direction
9      this the 11th day of September, 2012.
10
11              *[signature]*
12     _____
13
14     SCOTT A. HUSEBY
15
16
17
18
19
20
21
22
23
24
25