

EXHIBIT O