UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:12-cv-1020

| | |
|---|---|
| HEART IMAGING TECHNOLOGIES, LLC, ) ) ) Plaintiff, ) ) v. ) ) MERGE HEALTHCARE ) INCORPORATED, ) ) Defendant. ) ) | NOTICE OF SPECIAL APPEARANCE |

      COMES NOW Terrence J. Truax giving his notice of special appearance, pursuant to Local Rule 83.1(d) as one of the counsel for Defendant in the above-captioned case. I am a partner in the law firm of Jenner & Block LLP in Chicago, Illinois. I am an attorney duly licensed to practice law in the State of Illinois and I am a member in good standing of the bar of the highest court of the State of Illinois (the Illinois Supreme Court) and of the U.S. District Court Northern District of Illinois. I received my undergraduate degree from Florida State University in 1983 and my Juris Doctorate degree from the University of North Carolina School of Law in 1988.

      Local counsel in this case is Gary L. Beaver, a North Carolina attorney with the law firm of Nexsen Pruet, PLLC, in Greensboro, North Carolina, who is authorized to appear before this Court. I will appear in this matter in association with Mr. Beaver. I agree to be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the

litigation at all conferences, hearings, trials, and other proceedings and agree to submit myself to the disciplinary jurisdiction of the Court.

This the 4th day of March, 2013.

/s/ Terrence J. Truax
Terrence J. Truax
Illinois State Bar No. 6198872
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
ttruax@jenner.com


/s/ Gary L. Beaver
Gary L. Beaver
N.C. State Bar No.: 10244
NEXSEN PRUET, PLLC
Post Office Box 3463
Greensboro, NC 27402-3463
(336) 373-1600
gbeaver@nexsenpruet.com

Counsel for Defendant Merge HealthCare, Inc.

2

CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at law licensed to practice in the State of Illinois, am one of the attorneys for the Defendant in this matter, and am a person of such age and discretion as to be competent to serve process. I also hereby certify that I electronically filed with the Clerk of Court the foregoing NOTICE OF SPECIAL APPEARANCE using the CM/ECF system, and that the Clerk of Court will send notification of such filing to the following:

James Lee Lester
MacCord Mason, PLLC
P.O. Box 2974
Greensboro, NC 27402
jlester@maccordmason.com

This the 4th day of March, 2013.

/s/ Terrence J. Truax