# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | | |
|---|---|---|
| HEART IMAGING TECHNOLOGIES, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cv-1020 |
| MERGE HEALTHCARE INCORPORATED | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HEART IMAGING TECHNOLOGIES, LLC,

Date: 10/15/2013

/s/ Kelly B. Robinson
*Attorney's signature*

Kelly B. Robinson, NCSB 40031
*Printed name and bar number*

MACCORD MASON PLLC
P.O. Box 2974
Greensboro, NC 27402

*Address*

krobinson@maccordmason.com
*E-mail address*

(336) 273-4422
*Telephone number*

(336) 271-2830
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on October 15, 2013 using the CM/ECF system, and that the Clerk of Court will send notification of such filing to counsel of Record, including the following:

Terrence J. Truax
Benjamin Bradford
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350

Gary L. Beaver
Nexsen Pruet, PLLC
P.O. Box 3463
Greensboro, NC 27402
(336) 387-5142
*Attorneys for Defendant Merge Healthcare Incorporated*

This the 15th day of October, 2013.

/s/ Kelly B. Robinson
Kelly B. Robinson (N.C. State Bar No. 40031)
MACCORD MASON PLLC
1600 Wells Fargo Tower
300 N. Greene Street, Suite 1600
P.O. Box 2974
Greensboro, NC 27402
(336) 273-4422
(336) 271-2830 (fax)
krobinson@maccordmason.com
*Attorney for Plaintiff*
*HEART IMAGING TECHNOLOGIES LLC*