# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:12-cv-1020

| | |
|---|---|
| HEART IMAGING TECHNOLOGIES, LLC, <br><br> Plaintiff, <br> v. <br><br> MERGE HEALTHCARE INCORPORATED, <br><br> Defendant. | **LR83.9(g) NOTICE TO COURT OF AGREEMENT TO MODIFY MEDIATION PROCEDURE** |

As required by LR 83.9(g), Defendant Merge Healthcare Inc. provides this notice to the Court that it has entered into an agreement with Plaintiff Heart Imaging Technologies, LLC to modify mediation procedures by allowing each party to exceed the page limits on the position papers and exhibits provided to the mediator pursuant to LR 83.9(c). The mediator, Kenneth J. Gumbiner, has consented to this modification.

Respectfully submitted this 28th day of October, 2013.

*/s/ Gary L. Beaver*
Gary L. Beaver
N.C. State Bar No. 10244
NEXSEN PRUET, PLLC
Post Office Box 3463
Greensboro, NC 27402
(336) 387-5142

*/s/ Terrence J. Truax*
Terrence J. Truax
Illinois State Bar No. 6198872
Benjamin Bradford
Illinois State Bar No. 6285800
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
**Attorneys for Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2013, this **LR83.9(g) NOTICE TO COURT OF AGREEMENT TO MODIFY MEDIATION PROCEDURE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| **James L. Lester**, NCSB 15,715<br>MACCORD MASON PLLC<br>P.O. Box 2974<br>Greensboro, NC  27402<br>Telephone:  (336) 273-4422<br>Email: jlester@maccordmason.com | <u>VIA ECF NOTIFICATION</u> |

*/s/ Gary L. Beaver*
Gary L. Beaver