# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HEART IMAGING TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | **Case No. 1:12-cv-1020** |
| ) | |
| v. ) | |
| ) | |
| MERGE HEALTHCARE INCORPORATED ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO CONDUCT LIMITED DEPOSITION OF DR. DAVID CLUNIE OR, IN THE ALTERNATIVE, TO FILE SUPPLEMENTARY DECLARATION OF DR. SIMONETTI

Plaintiff Heart Imaging Technologies, LLC, pursuant to Local Rules 26.1 and 104.4, moves for leave to conduct the deposition of Dr. David Clunie, who is Defendant's Claim Construction expert and has submitted testimony on that issue. In the alternative, Plaintiff requests leave to file the attached Supplemental Declaration of Dr. Simonetti, which discusses the Clunie documents that were not available at the time of Dr. Simonetti's previous Declaration. A memorandum in support of this Motion is filed herewith.

Respectfully Submitted,

By: */s/ James L. Lester*
James L. Lester
N.C. State Bar No. 15715
jlester@maccordmason.com
MacCord Mason PLLC

P.O. Box 2974
Greensboro, NC 27402
Telephone: (336) 273-4422
*Attorney for Plaintiff Heart IT*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: */s/ James L. Lester*
James L. Lester
N.C. State Bar No. 15715
jlester@maccordmason.com
MacCord Mason PLLC
P.O. Box 2974
Greensboro, NC 27402
Telephone: (336) 273-4422
*Attorney for Plaintiff Heart IT*