IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HEART IMAGING TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MERGE HEALTHCARE INCORPORATED,<br><br>　　　　　Defendant. | Case No. 1:12-cv-1020<br><br>**JURY TRIAL DEMANDED**<br><br>**AMENDED CERTIFICATE OF SERVICE** |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2013, Merge Healthcare's **OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED DEPOSITION OF DR. DAVID CLUNIE OR, IN THE ALTERNATIVE, TO FILE SUPPLEMENTAL DECLARATION OF DR. SIMONETTI** was served upon the below-named counsel of record at the address and in the manner indicated:

**James L. Lester**, NCSB 15,715   VIA ECF NOTIFICATION
MacCord Mason PLLC
P.O. Box 2974
Greensboro, NC  27402
Telephone:  (336) 273-4422
Email: jlester@maccordmason.com

/s/ Gary L. Beaver
Gary L. Beaver
Local Counsel