UNITED STATES DISRTICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HEART IMAGING TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | **Case No. 1:12-cv-1020** |
| ) | |
| v. ) | |
| ) | |
| MERGE HEALTHCARE INCORPORATED ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Heart Imaging Technologies, LLC and Defendant Merge Healthcare Incorporated stipulate and agree to dismiss all claims asserted in the above-captioned action WITH PREJUDICE, each party to bear its own fees and costs. All parties who have appeared in this matter agree to this dismissal.

This 17th day of December, 2013.

Respectfully Submitted,

By: */s/ James L. Lester*
James L. Lester
N.C. State Bar No. 15715
jlester@maccordmason.com
MacCord Mason PLLC
P.O. Box 2974
Greensboro, NC 27402
Telephone: (336) 273-4422

*Attorney for Plaintiff Heart IT*

*/s/ Gary L. Beaver*
Gary L. Beaver

N.C. State Bar No. 10244
NEXSEN PRUET, PLLC
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

*/s/ Terrence J. Truax*
Terrence J. Truax
Illinois State Bar No. 6198872
Benjamin Bradford
Illinois State Bar No. 6285800
JENNER & BLOCK LLP
353 N. Clark Street

*Attorneys for Defendant Merge Healthcare Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 17, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 17th day of December, 2013.

/s/ James L. Lester
James L. Lester
jlester@maccordmason.com
MacCord Mason PLLC
P.O. Box 2974
Greensboro, NC 27402
Telephone: (336) 273-4422
*Attorney for Plaintiff Heart IT*
